UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Katharine S. Hayden

         v.    :    Crim. No. 09-298 (KSH)

KERRY DEMINGS    :    <u>SCHEDULING ORDER</u>

This matter having come before the Court by motion for a hearing by defendant Kerry Demings (by Kevin Carlucci, Esq., Assistant Federal Public Defender), and that hearing having been held on October 14, 2009, and this Court finding that briefing and oral argument on the factual issues presented is necessary for the final resolution of defendant's motion,

IT IS on this 14th day of October, 2009,

ORDERED that the parties' briefing shall be filed by November 12, 2009 and that oral argument is scheduled for November 16, 2009, at 2:00 p.m.

_____
Hon. Katharine S. Hayden
United States District Judge