UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. KATHARINE S. HAYDEN |
| v. : | CRIMINAL NO. 09-298 |
| KERRY DEMINGS : | |

ORDER FOR MODIFICATION OF BAIL

This matter having come before the Court on the application of defendant, Kerry Demings, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Zach Intrater, Assistant United States Attorney, having no objection, for an Order modifying bail and for good cause shown,

IT IS ON THIS __7__ th day of __April__, 2011

ORDERED that the Bail condition requiring that the defendant remain under house arrest with electronic monitoring is removed. All other conditions previously set in this matter remain in full force and effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge