UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :       ORDER FOR RETURN OF

                                :

             VS.                        DEPOSIT FOR BAIL
                                :       09-CR-298

       KERRY DEMINGS            :       RECOG. NEW 2063
                                        Case No. DNJX209CR000298-001
                                :

        It appearing to the Court that the above-named defendant

was held in bail by the United States District Court for the District

of New Jersey for his appearance before this Court, and that the sum

of Two thousand dollars ($2,000.00) was deposited in the registry of

this Court as security for the said recognizance; and it further

appearing that the purposes of said recognizance have been fulfilled

and the said recognizance has been duly canceled of record, it is, on

this  27ᵗʰ  day of  April, 2012

     ORDERED that the sum of Two thousand dollars ($2,000.00) so

deposited as aforesaid be returned to Tabatha S. Trim Demings, 281

Weequahic Avenue 1ˢᵗ Floor, Newark, New Jersey 07112 the surety of

said recognizance.


                                JEROME B. SIMANDLE, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT